**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF TEXAS**

FILED: 5/29/20
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

| | |
|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>**v.**<br><br>JP3 Enterprises, LLC<br><br><br>**Defendant** | §<br>§<br>§<br>§<br>§ **4:19-cv-00902-ALM-CAN**<br><br><br>§<br>§<br>§<br>§ |
| | |

**Plaintiff's Notice of Settlement**

1. The Plaintiff has settled with the defendants in this case.

2. The Plaintiff requests the court give the parties 30 days to finalize all settlements and

   report back to the court if the parties are unable to setttle the claims between them.

Craig Cunningham
Plaintiff,                    5/28/2020

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>**v.**<br><br>JP3 Enterprises, LLC<br><br><br>**Defendant** | §<br>§<br>§<br>§<br>§  **4:19-cv-00902-ALM-CAN**<br>§<br>§<br>§<br>§ |
| | |

### Plaintiff's Certificate of Service

 I hereby certify a true copy of the foregoing was mailed and emailed to the attorney of

record for the Defendants on 5/28/2020

Craig Cunningham
Plaintiff,                          5/28/2020

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075