UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>v.<br><br>JP3 Enterprises, LLC, DBA My Vehicle Protection, Ensurety Ventures, LLC, dba Omega Auto Care, Lyndon Southern Insurance Company, EGV Companies, Inc., Auto Knight Motor Club, Inc., EFS Companies, LLC, James William Pyant, Drew Gomberg, Suncoast Merchant Services, Inc.,<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§  4:19-cv-00902-ALM-CAN<br>§<br>§<br>§<br>§<br>§ |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COMES the PLAINTIFF, Craig Cunningham, and the Defendants JP3 Enterprises, LLC, Ensurety Ventures, LLC d/b/a Omega Auto Care, Lyndon Southern Insurance Company, EGV Companies, Inc., Auto Knight Motor Club, Inc., EFS Companies, LLC, and James William Pyant (collectively "Defendants"), by and through their respective attorneys or individually, and pursuant to Fed. R. Civ. P. 41(a), who hereby stipulate and agree to the dismissal with prejudice of PLAINTIFF Craig Cunningham's claims against DEFENDANTS JP3 Enterprises, LLC, Ensurety Ventures, LLC d/b/a Omega Auto Care, Lyndon Southern Insurance Company, EGV Companies, Inc., Auto Knight Motor Club, Inc., EFS Companies, LLC, and James William Pyant. Each Party shall bear their own respective costs and attorneys' fees. This Stipulation of Dismissal With Prejudice disposes of the entire action.

Case No. 4:19-CV902-ALM-CAN
*Cunningham v. JP3 Enterprises, LLC, et al.*
*Stipulation of Dismissal With Prejudice*

Date: July 7, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ Craig Cunningham*<br>Craig Cunningham<br>Email: projectpalehorse@hushmail.com<br>Telephone: (615) 348-1977<br>*Pro Se* | **GREENSPOON MARDER LLP**<br>By: */s/ William L. Tucker*<br>William L. Tucker, FL Bar No. 92580<br>*Admitted Pro Hac Vice*<br>200 E. Broward Blvd., Suite 1800<br>Ft. Lauderdale, FL 33001-1949<br>Tel.:  (954) 527-6208<br>Fax:  (954) 333-4208<br>Email:  william.tucker@gmlaw.com<br>jacqueline.kerr@gmlaw.com<br><br>*Attorneys for Defendants JP3 Enterprises, LLC, Ensurety Ventures, LLC, EGV Companies, Inc., EFS Companies, LLC and James William Pyant* |
| | **KILPATRICK TOWNSEND & STOCKTON LLP**<br>By: */s/   Raymond T. Fischer*<br>Raymond T. Fischer<br>Texas Bar No. 24038446<br>rfischer@kilpatricktownsend.com<br>2001 Ross Avenue, Suite 4400<br>Dallas, Texas  75201<br>Phone: (214) 922-7100<br>Fax:    (214) 922-7101<br><br>*/s/   Jeffrey H. Fisher*<br>James F. Bogan III, lead attorney<br>Georgia Bar No. 065220<br>*Admitted Pro-Hac Vice*<br>jbogan@kilpatricktownsend.com<br>Jeffrey H. Fisher<br>Georgia Bar No. 981575<br>*Admitted Pro-Hac Vice*<br>jfisher@kilpatricktownsend.com<br>KILPATRICK TOWNSEND<br>    & STOCKTON LLP |

|  | 1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309-4528<br>Phone: (404) 815-6500<br>Fax: (404) 815-6555<br><br>*Counsel for Defendants Lyndon Southern Insurance Company & Auto Knight Motor Club* |
|---|---|

44355693v1