# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No.  4:19-CV-902 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| JP3 ENTERPRISES, LLC, D/B/A MY § | |
| VEHICLE PROTECTION, ET AL. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered the Stipulation for Dismissal submitted by Plaintiff Craig Cunningham and Defendants JP3 Enterprises, LLC, Ensurety Ventures, LLC d/b/a Omega Auto Care, Lyndon Southern Insurance Company, EGV Companies, Inc., Auto Knight Motor Club, Inc., EFS Companies, LLC, and James William Pyant (Dkt. #65) and Motion to Dismiss filed by Plaintiff (Dkt. #67).  After reviewing the Stipulation and Motion, and all relevant filings, and finding that Plaintiff and Defendants agree, the Court finds the Stipulation and Motion should each be **GRANTED**.  Accordingly,

It is therefore **ORDERED** that, by agreement of Plaintiff and Defendants, all claims against Defendant Defendants JP3 Enterprises, LLC, Ensurety Ventures, LLC d/b/a Omega Auto Care, Lyndon Southern Insurance Company, EGV Companies, Inc., Auto Knight Motor Club, Inc., EFS Companies, LLC, James William Pyant, Drew Gomberg, and Suncoast Merchant Services, LLC in the above-entitled and number action are hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that, by agreement of Plaintiff and Defendants, each party shall bear their own costs and attorneys' fees.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 16th day of July, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE